**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eva E. Rios,<br><br>    Plaintiff,<br><br>vs.<br><br>Rozlin Financial Group, Inc.,<br><br>    Defendant. | No. CIV 09-2323-PHX-DKD<br><br>**ORDER** |

Plaintiff filed this lawsuit on November 4, 2009 (Doc. #1). A review of the file indicates this was the only pleading filed by plaintiff. Federal Rule of Civil Procedure 4(m) states:

> **(m) Time Limit for Service.** If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

LRCiv 41.1, Rules of Practice of the United States District Court for the District of Arizona provides that "[c]ases which have had no proceedings for six (6) or more months may be dismissed by the Court for want of prosecution."

**IT IS THEREFORE ORDERED** that plaintiff shall have twenty (20) days from the date of the filing of this Order to show good cause why this case should not be dismissed pursuant to LRCiv 41.1, Rules of Practice of the United States District Court for the District of

Arizona, for want of prosecution and Rule 4(m), F.R.Civ.P. If plaintiff fails to comply with this Order, this action shall be dismissed.

DATED this 7th day of May, 2010.

_____
David K. Duncan
United States Magistrate Judge